UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN EQUITY MORTGAGE, INC., ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | |
| ) | |
| v. ) | Case No. 4:05CV1529 RWS |
| ) | |
| RAY VINSON, JR., ) | |
| ) | |
| Defendant/Counter Claimant. ) | |

## MEMORANDUM AND ORDER

A hearing was held today on Plaintiff's motion for preliminary injunction. During the hearing, Defendant sought additional time to conduct discovery of previously undisclosed evidence. As a result, the hearing will be continued to next week.

During the hearing, Defendant's counsel represented that Defendant would not place any advertisements using Plaintiff's marks into print, television, or radio media.

Accordingly,

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's motion for a preliminary injunction is continued to **November 28, 2005, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that a status conference will be held on **November 23, 2005, at 9:30 a.m.** in the chambers of the undersigned.

Dated this 16th Day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE