UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN EQUITY MORTGAGE, INC., | ) | |
| Plaintiff/Counter Defendant, | ) ) ) | |
| v. | ) ) | Case No. 4:05CV1529 RWS |
| RAY VINSON, JR., | ) ) ) | |
| Defendant/Counter Claimant. | ) | |

## MEMORANDUM AND ORDER

Pending before the Court are Ray Vinson's motion for leave to file a sur-reply [#20] and motion for issuance of third-party summons [#22]. Summons was issued to third-party defendant Deanna Daughhetee on November 3, 2005. Both motions are now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Ray Vinson's motion for leave to file a sur-reply [#20] and motion for issuance of third-party summons [#22] are denied as **MOOT**.

Dated this 13th Day of December, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE